| | |
|---|---|
| PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney<br>PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division<br>CHRISTOPHER F. JEU (CABN 247865)<br>Assistant United States Attorney<br>60 South Market Street, Suite 1200<br>San Jose, California 95113<br>Telephone: (408) 535-5082<br>FAX: (408) 535-5066<br>Christopher.Jeu@usdoj.gov<br><br>Attorneys for Federal Defendants | GARY S. SAUNDERS, ESQ. (CA Bar No. 144385)<br>SAUNDERS & ASSOCIATES, APC<br>610 Newport Center Drive, #250<br>Newport Beach, CA 92660<br>Telephone: 949-590-8585<br>Facsimile: 949-449-8722<br>llitigation@saundersapc.com<br>gary@saundersapc.com<br><br>Attorney for Plaintiff,<br>JURGEN ROGERS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JURGEN ROGERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE; AND LOUIS DEJOY, POSTMASTER GENERAL; AND DOES 1–20, INCLUSIVE,<br><br>　　　　Defendants. | ) Case No. 24-CV-09519-HSG<br>)<br>)<br>) **STIPULATED REQUEST FOR EXTENSION**<br>) **OF BRIEFING SCHEDULE RE:**<br>) **MOTION TO DISMISS; ORDER (as modified)**<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　Pursuant to Civil Local Rule 6-2, Plaintiff Jurgen Rogers ("Plaintiff") and Federal Defendants respectfully request that the Court extend the briefing schedule for Federal Defendants' Motion to Dismiss as follows. This stipulated request is based on the following:

　　　　1.　　WHEREAS, on September 23, 2024, Plaintiff filed a filed a Complaint against the United States Postal Service and Louis DeJoy, Postmaster General, in the Marin County Superior Court, Case No. CV0004043. *See* Dkt. No. 1-1;

2. WHEREAS, on December 31, 2024, Federal Defendants removed this case to federal court. Dkt. No. 1;

3. WHEREAS, on January 7, 2025, Federal Defendants filed a Motion to Dismiss. Dkt. No. 6;

4. WHEREAS, on March 17, 2025, the Court granted Plaintiff leave to file a Response and set a briefing schedule. Dkt. No. 16.

5. WHEREAS, under the Court's schedule, Plaintiff's Response is currently due by March 21, 2025; Federal Defendants' Reply is due by March 28, 2025; and the hearing on the motion is scheduled for April 10, 2025, at 2:00 p.m. *See id.*;

6. WHEREAS, the Parties have discussed modification of the briefing schedule to address scheduling conflicts, and they have stipulated to request an extension to the briefing schedule;

6. THEREFORE, the Parties respectfully request that the Court extend the briefing schedule as follows:

    a. Plaintiff's Response to Federal Defendants' Motion to Dismiss: due by April 4, 2025;

    b. Defendants' Reply in Support of the Motion to Dismiss: due by April 18, 2025; and

    c. Hearing on the Motion to Dismiss: TBD by the Court, on a date after April 25, 2025.

8. Other than extending the briefing schedule, this Stipulated Request will have no effect on the schedule for this case.

Respectfully submitted,

DATED: March 21, 2025

PATRICK D. ROBBINS  
Acting United States Attorney

*/s/ Christopher F. Jeu*  
BY: CHRISTOPHER F. JEU

Assistant United States Attorney  
Attorneys for Federal Defendants

|   |   |
|---|---|
| 1 | */s/ Gary S. Saunders* |
| 2 | GARY S. SAUNDERS, ESQ. (CA Bar No. 144385) |
|   | SAUNDERS & ASSOCIATES, APC |
| 3 | 610 Newport Center Drive, #250 |
|   | Newport Beach, CA 92660 |
| 4 | Telephone: 949-590-8585 |
|   | Facsimile: 949-449-8722 |
| 5 | llitigation@saundersapc.com |
|   | gary@saundersapc.com |

Attorney for Plaintiff,
JURGEN ROGERS

## **ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: March 21, 2025        By:     */s/ Christopher F. Jeu*
                                     CHRISTOPHER F. JEU
                                     Assistant United States Attorney
                                     Attorney for Federal Defendants

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JURGEN ROGERS,<br><br>  Plaintiff,<br><br> v.<br><br>UNITED STATES POSTAL SERVICE; AND LOUIS DEJOY, POSTMASTER GENERAL; AND DOES 1–20, INCLUSIVE,<br><br>  Defendants. | Case No. 24-CV-09519-HSG<br><br>**DECLARATION OF CHRISTOPHER F. JEU** |

I, CHRISTOPHER F. JEU, declare as follows:

I am the Assistant United States Attorney assigned to the above-captioned action.

1. This declaration is made pursuant to Civil Local Rule 6-2 and in Support of the Stipulated Request for Extension of the Briefing Schedule re: the Motion to Dismiss.

2. Pursuant to Local Rule 6-2(a)(1), the reason for the requested enlargement of time is that prior to the issuance of the Court's briefing scheduling order, counsel had previously scheduled events

1  that conflict with the Court's briefing schedule.  Extending the briefing schedule by approximately two
2  to three weeks would be mutually beneficial for the Parties.
3       3.     Pursuant to Local Rule 6-2(a)(2), following are the time modifications in the case:
4       • March 2025:  Order setting briefing schedule for the Motion to Dismiss.  *See* Dkt. No. 16.
5       4.     Pursuant to Local Rule 6-2(a)(3), under the requested extension, other than extending the
6  dates for the briefing and hearing for the Motion to Dismiss, the requested time modification would not
7  have an effect on the case schedule.
8       I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 21,
9  2025, in Santa Clara County, California.

                               Respectfully submitted,

                               */s/ Christopher F. Jeu*
                               CHRISTOPHER F. JEU

DECLARATION
Case No. 24-cv-09519-HSG

2

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The briefing schedule for Federal Defendants' Motion to Dismiss is modified as follows. *See* Dkt. No. 16.

| Event | Due Date |
| --- | --- |
| Plaintiff's Response to Defendants' Motion to Dismiss | April 4, 2025 |
| Defendants' Reply in Support of the Motion to Dismiss | April 18, 2025 |
| Hearing on the Motion to Dismiss | 5/8/2025 at 2 p.m. |

DATED:  3/24/2025

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge