UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JURGEN ROGERS,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES POSTAL OFFICE, et al.,<br><br>          Defendants. | Case No. 24-cv-09519-HSG<br><br>**ORDER GRANTING PLAINTIFF COUNSEL'S REQUEST TO APPEAR REMOTELY AND ORDERING COUNSEL TO PROVIDE ADDITIONAL INFORMATION**<br><br>Re: Dkt. Nos. 27, 29 |

On July 8, 2025, the Court set an in-person hearing on Dkt. No. 27, the order to show cause. The Court set the hearing for July 31, 2025. *See* Dkt. No. 29. The Court understands that today, July 30, 2025, Plaintiff's counsel submitted a disability accommodation request to the Court asking to appear remotely at the hearing due to a claimed disability. The request was submitted using an inapplicable California state court form.

It is hard to understand why the Court is receiving notice of this purported limitation one day before a hearing that has been scheduled for several weeks. Nonetheless, notwithstanding the very late submission of this request, the Court **GRANTS** counsel's request to appear remotely at the order to show cause hearing. The Courtroom Deputy will provide information for accessing the hearing remotely to Plaintiff's counsel via email.

The Court further **ORDERS** Plaintiff's counsel to file under seal by 1:30 p.m. tomorrow, July 31, 2025, a detailed letter from his doctor explaining why counsel's condition requires him to appear remotely, when this limitation arose, and when he was contacted by counsel about this issue.

//

//

Counsel is advised that any representation made to the Court must be scrupulously accurate and factually supported, especially given the concerning nature of the underlying conduct that led to the issuance of the order to show cause.

**IT IS SO ORDERED.**

Dated: 7/30/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge